IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BUTTE DIVISION

FILED
BILLINGS, MT
2006 DEC 4 PM 1 41
PATRICK E. DUFFY, CLERK
BY _____
DEPUTY CLERK

| | |
|---|---|
| CLIFFORD DANIEL DELGER, ) | CV-06-15-BU-RFC |
| Plaintiff, ) | |
| vs. ) | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS OF U.S. MAGISTRATE JUDGE |
| S.T.A.R.T. PROGRAM OF COMMUNITY COUNSELING and CORRECTIONAL SERVICES, INC., ) | |
| Defendants. ) | |

On November 7, 2006, United States Magistrate Judge Richard W. Anderson entered his Findings and Recommendation. Magistrate Judge Anderson recommends that Plaintiff's complaint be dismissed with prejudice.

Upon service of a magistrate judge's findings and recommendation, a party has 10 days to file written objections. 28 U.S.C. § 636(b)(1). However, in prisoner cases, this Court extends the time to object to twenty days in order to take into account the Supreme Court's ruling in *Houston v. Lack*, 487 U.S. 266, 270-71 (1988), and the somewhat greater mailing time that is involved in sending documents into and out of a prison facility. In this matter, no party filed objections to the November 7, 2006 Findings and Recommendation. Failure to object to a Magistrate Judge's findings and recommendation waives all objections to the findings of fact. *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1999). However, failure to object does not relieve this Court of its burden to review de novo the magistrate judge's conclusions of law. *Barilla v.*

1

*Ervin*, 886 F.2d 1514, 1518 (9th Cir. 1989).

After an extensive review of the record and applicable law, this Court finds Magistrate Judge Anderson's Findings and Recommendation are well grounded in law and fact and adopts them in their entirety.

Accordingly, **IT IS HEREBY ORDERED** Plaintiff's Complaint (*Doc. 1*) is **DISMISSED WITH PREJUDICE.**

The Clerk of Court shall notify the parties of the making of this Order and close this case.

DATED the 4th day of December, 2006.

RICHARD F. CEBULL
UNITED STATES DISTRICT JUDGE